## IN THE JUSTICE OF THE PEACE COURT OF
## THE STATE OF DELAWARE, IN AND FOR _____ COUNTY
### COURT NO. _____

**COURT ADDRESS**

CIVIL ACTION NO. *05-04-0150-*

**PLAINTIFF(S)** Mr. + Mrs. William + Andrenia VS. **DEFENDANT(S)**

1) Name *Hollingsworth*  1) Name *Isaac's Moving & Storage*
Address *191 Portside Court*  Address *2554 State Road*
*Bear, DE 19701-2393*  *Bensalem, PA 19020*

Phone *302-836-9140*  Phone _____

2) Name _____  2) Name _____
Address _____  Address _____

Phone _____  Phone _____

*[Stamp: JUSTICE OF THE PEACE COURT NO. — RECEIVED '05 MAR 24 PM 3:12]*

Plaintiff's Attorney, if any:  Defendant's Attorney, if any:

**Check One** ☑ Individual ☐ Corporation or other  **Check One** ☐ Individual ☑ Corporation or other
Artificial entity (see Supreme Court Rule 57)  Artificial entity (see Supreme Court Rule 57)

**Type of Service:** Court Service ☐  Rental Unit Address:
(Check One) Special Process Server ☐

**Type of Action:** Debt ☑  Trespass ☐  Replevin ☐  Summary Possession ☐
(Landlord/Tenant)

Deficiency Judgment 6 Del. C. § 9-601 ☐

### COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?)
*Isaac's moving company over charged me for my move and they damaged several rooms of furniture. I have tried diligently to come to a resolution, however, they are refusing to pay for all of my damages.*

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
$ *6000.00* Amount of money claimed. (Not including interest)
$ _____ Pre Judgment Interest at or \_\_\_\_ % legal rate \_\_\_\_ % contractual rate
$ _____ Post Judgment Interest at the legal rate OR contractual rate of \_\_\_\_ %
$ *32.00* Court Costs.
$ _____ Other
☐ Possession  Jury Trial Demanded (Possession Only): ☐ Yes ☐ No
☐ Return of personal property or $\_\_\_\_\_ Total value (Attach list of property stating description, number and value of items on 8 1/2" x 11" paper

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the about-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding: or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

*March 24, 2005*  *Mr. & Mrs. Hollingsworth*
Date  Plaintiff or Plaintiff's Attorney

J.P. Civ. Form No. 1 (Rev. 2/6/04)  Doc. No. 02-13-95-05-01