JS 44 Rev 3/99

# CIVIL COVER SHEET

The JS-120 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS<br>Mr. William Hollingsworth and<br>Mrs. Andrenia Hollingsworth | DEFENDANTS<br>Isaac's Moving & Storage |
|---|---|
| (b) County Of Residence Of First Listed Plaintiff **New Castle**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County Of Residence Of First Listed **Bucks**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorneys (Firm Name, Address, And Telephone Number)<br>Pro Se | Attorneys (If Known) Delia Clark<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801 |

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐110 Insurance | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐120 Marine | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐625 Drug Related Seizure of Property 21, USC | | ☐430 Banks and Banking |
| ☐130 Miller Act | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☒450 Commerce/ICC Rates/etc. |
| ☐140 Negotiable Instrument | ☐330 Federal Employers' Liability | | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐151 Medicare Act | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | | ☐850 Securities/Commodities/ Exchange |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | | | ☐875 Customer Challenge 12 USC 3410 |
| ☐160 Stockholder's Suits | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐891 Agricultural Acts |
| ☐190 Other Contract | | | ☐710 Fair Labor Standards Act | ☐861 HIA (1395FF) | ☐892 Economic Stabilization Act |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐893 Environmental Matters |
| | | | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/ DIWW(405(g)) | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | *HABEAS CORPUS:* | ☐791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | | ☐870 Taxes | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | ☐871 IRS – Third Party 20 USC 7609 | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | | | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | | | |
| | | ☐555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite The U.S. Civil Statute Under Which You Are Filing And Write A Brief Statement Of Cause)
Do Not Cite Jurisdictional Statutes Unless Diversity.) 28 U.S.C. §1441(b); 28 U.S.C. §1331 and 1337.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND** $    CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instructions)    JUDGE ____    DOCKET NUMBER ____

DATE: ____    SIGNATURE OF ATTORNEY OF RECORD ____

**FOR OFFICE USE ONLY**

RECEIPT # ____    AMOUNT $ ____    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____