# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

November 7, 2005

William Hollingsworth, Pro Se
Andrenia Hollingsworth, Pro Se
191 Portside Court
Bear, DE 19701

Delia Ann Clark, Esquire
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

　　　　　RE:　　Hollingsworth v. Isaac's Moving and Storage
　　　　　　　　Civil Action No. 05-392 _ JJF

Dear Plaintiffs and Counsel:

　　　　　Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that Plaintiff and counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, November 21, 2005**.

　　　　　Attached is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

　　　　　If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　JOSEPH J. FARNAN, JR.

JJFjr:dk
Attachment
cc: Clerk, U.S. District Court