DELIA A. CLARK
215-575-4291
dclark@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

November 23, 2005

Deborah Krett, Case Manager
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

   RE: **Hollingsworth v. Isaac's Moving & Storage**
      C.A. No. 05-392
      <u>Our File No. 300788</u>

Dear Ms. Krett:

As you are aware the plaintiffs in this matter are <u>pro se</u>. I have tried unsuccessfully to reach them by telephone. The plaintiffs do not have a listed phone number. However, I left messages at Hollingsworth residences identified in Newark, DE. I respectfully request additional time as I have sent them a proposed schedule and await a response. Please allow ten days for us to complete the process.

Kindly contact the undersigned if there are any problems.

Thank you for your time and attention.

Very truly yours,

RAWLE & HENDERSON LLP

By: _/s/ Delia A. Clark_
   Delia A. Clark

DAC/dc

1234214 v.1

November 23, 2005
Page 2


cc:  William and Adrenia Hollingsworth

1234214 v.1