IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM HOLLINGSWORTH and  :
ANDRENIA HOLLINGSWORTH,    :
                           :
        Plaintiffs,        :
                           :
    v.                     :  Civil Action No. 05-392-JJF
                           :
ISAAC'S MOVING AND STORAGE,:
                           :
        Defendant.         :

### O R D E R

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on December 16, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, September 14, 2006 at 12:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

December 20, 2005                    _[signature]_
      DATE                      UNITED STATES DISTRICT JUDGE