IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HOLLINGSWORTH and <br> ANDRENIA HOLLINGSWORTH <br><br> Plaintiffs, <br><br> v. <br><br> ISAAC'S MOVING AND STORAGE <br> Defendant. | : <br> : <br> :    C.A. NO.:05-392 (GLS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

I, Delia A. Clark, do hereby certify the attached Defendant's Request for Production of Documents and Interrogatories directed to Plaintiffs was served on this day to the plaintiffs, via first class regular mail at the below listed address on this 19th day of January, 2006.

> William and Andrenia Hollingsworth
> 191 Portside Court
> Bear, DE  19701
>
> */s/ Delia A. Clark*
> Delia A. Clark (DAC 3337)
> Attorneys for Defendant
> Isaac's Moving and Storage
>  300 Delaware Avenue
> Suite 1015
> Wilmington, DE  19801
>
> Dated:  January 19, 2006

1254569 v.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Service of defendant's Isaac's Moving and Storage, Interrogatories directed to plaintiffs and Request for Production were served on plaintiffs via first-class U.S. mail, postage prepaid:

William and Andrenia Hollingsworth
191 Portside Court
Bear, DE  19701

*/s/ Delia A. Clark*

Date:  January 19, 2006