## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HOLLINGSWORTH and ANDRENIA HOLLINGSWORTH, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-392-JJF |
| ISAAC'S MOVING AND STORAGE, | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **8th** day of **February, 2006**.

IT IS ORDERED that the teleconference scheduled for Wednesday, March 1, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, March 16, 2006 at 9:00 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE