**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM HOLLINGSWORTH and ANDRENIA HOLLINGSWORTH, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-392-JJF : |
| ISAAC'S MOVING AND STORAGE, | : : |
| Defendant. | : |

**ORDER**

At Wilmington this **4th day of April, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, April 25, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the need for court-assisted ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE