**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM HOLLINGSWORTH and ANDRENIA HOLLINGSWORTH, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-392-JJF |
| ISAAC'S MOVING AND STORAGE, | : <br> : <br> : |
| Defendant. | : |

**ORDER**

At Wilmington this **25th** day of **April, 2006**.

IT IS ORDERED that a telephonic mediation has been scheduled for **Tuesday, May 2, 2006 beginning at 8:30 a.m.** with Magistrate Judge Thynge. There shall be no submissions of the parties. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                          /s/ Mary Pat Thynge
                                          UNITED STATES MAGISTRATE JUDGE