IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

WILLIAM HOLLINGSWORTH and
ANDRENIA HOLLINGSWORTH

          Plaintiffs,

          v.

ISAAC'S MOVING AND STORAGE
          Defendant.

C.A. NO.:05-392 (GLS)

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____
Delia A. Clark, Esquire
Rawle & Henderson. LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19103
Attorney for Defendants

_____
William Hollingsworth, *Pro Se*

_____
Andrenia Hollingsworth, *Pro Se*

1313189 v.1